FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 JUN 27 PM 3: 36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

CIVIL ACTION NO. 2:07-cv-609-FtM-29DNF

UNITED STATES EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
)
        Plaintiff, )
)
vs. )
)
SODEXHO LAUNDRY SERVICES INC. and )
GULF COAST LINEN SERVICES INC., )
)
        Defendants. )
_____ )

## CONSENT DECREE

## I. THE LITIGATION

1.      This Consent Decree ("Decree") is made and entered into by and between Plaintiff, the Equal Employment Opportunity Commission, and Defendant Sodexho Laundry Services, Inc. to resolve the above-entitled action (the "Action"). The EEOC and Defendant are collectively referred to as the "Parties" throughout this Decree.

2.      The EEOC filed this action alleging that Defendant violated Title VII of the Civil Rights Act of 1964 when it discriminated against Charging Party Genise Pierre on the basis of her national origin, race, and sex. While the EEOC alleges that Defendant did so by failing to provide Pierre with work consistent with her medical limitations, Sodexho denies all allegations of wrongdoing and the Parties agree that this Agreement constitutes neither an adjudication on the merits nor an admission of any violation of Title VII by Defendant.

3.      In the interest of resolving this matter and as a result of having engaged in comprehensive settlement negotiations, the parties have agreed that the Action should be finally

resolved by entry of this Decree. This Decree also resolves EEOC Charge No. 150-2006-00531 filed by Genise Pierre against Defendant. The Decree does not resolve any other Charges of Discrimination including any pending or future charges other than EEOC Charge No. 150-2006-00531.

## II. FINDINGS

4. Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the parties, the Court finds the following:

a. This Court has jurisdiction over the subject matter of this action and the Parties.

b. No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of the EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree. If the EEOC determines that Sodexho has not complied with the Consent Decree, the EEOC will contact Sodexho and permit Sodexho a reasonable period to cure the alleged breach before filing its enforcement suit.

c. The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors, and assigns of Defendant.

d. The undertakings and obligations imposed on Sodexho by this Decree are limited solely to Defendant's facility at 140 Trade Park, Technology Park, Immokalee, Florida.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

## III. MONETARY RELIEF FOR CHARGING PARTY

5. Defendant shall pay an aggregate of EIGHTY THOUSAND DOLLARS ($80,000.00) to be paid solely to Genise Pierre and distributed to her as follows:

a. $8,000.00 shall be representative of lost wages, less amounts required to be withheld for federal, state, and local income taxes. Defendant will issue an IRS

Form W-2 to Genise Pierre for such amount, and Defendant shall be responsible for paying the employer's share of any federal, state, and local income taxes and social security withholdings.

    b.    $72,000.00 shall be representative of compensatory and punitive damages. Defendant shall issue an IRS Form 1099 to Genise Pierre for this amount.

6.    Defendant shall mail all payments described in paragraph 5 directly to Genise Pierre by Certified Mail (Return Receipt Requested) at the following address: 601 West Delaware Avenue, Apt. 10D Immokalee, FL 34142. Copies of all payments and IRS forms shall be forwarded to the attention of Maria Kate Boehringer, Supervisory Trial Attorney, U.S. Equal Employment Opportunity Commission, Miami District Office, One Biscayne Tower, 2 South Biscayne Blvd. Suite 2700, Miami, FL 33131 within five (5) calendar days of issuance.

7.    If Defendant fails to tender payments described in paragraph 5, then Defendant shall pay interest on the defaulted payment at the rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid, and bear any additional costs incurred by Defendant's delay or non-compliance.

## IV. DISTRIBUTION OF ANTI-DISCRIMINATION POLICY

8.    Defendant shall distribute or re-distribute its written policy prohibiting discrimination ("Policy") to all current and future employees and management staff within sixty (60) calendar days after the entry of this Consent Decree. This Policy shall clearly define conduct prohibited by Title VII. The Policy shall specifically prohibit all forms of national origin, race, and pregnancy discrimination including disparate job assignments.

9    A copy of the Policy referenced in paragraph 8 shall be forwarded to the EEOC within thirty (30) calendar days of the entry of this Decree. This and any other submissions, reports, certifications, notices, or other materials that are required to be submitted to the

EEOC shall be mailed to Maria Kate Boehringer, Supervisory Trial Attorney, U.S. Equal Employment Opportunity Commission, Miami District Office, One Biscayne Tower, 2 South Biscayne Blvd. Suite 2700, Miami, FL 33131.

10.     The Policy shall be included in any relevant policy or employee manuals kept by Defendant's business. The Policy shall also be kept and maintained in a conspicuous and accessible place for all employees and printed in a font that is easily legible (at least 12 point font). The Policy shall be kept and maintained in an area that is accessible to all workers. If an employee does not communicate in English, Defendant shall use an interpreter to translate the Policy so that the employee receives a copy of the Policy in his or her native language.

11.     A copy of the Policy shall be distributed to each new regular full-time or part-time employee within a week after he/she first performs work for Defendant. The manager responsible for distributing the Policy shall review the Policy in depth with each new employee. Defendant shall maintain records demonstrating that each new employee discussed the Policy with the responsible manager and identifying the length of time spent discussing the Policy. If an employee does not communicate in English, Defendant shall use an interpreter to ensure that the employee receives and understands the translated Policy.

## V. TRAINING

12.     During each of the three (3) years of this Decree, Defendant shall provide training on Title VII and the Policy ("Training") to all of its employees including management personnel. The Training shall be conducted separately from other job-related training and/or business-wide meetings and the training sessions shall be dedicated solely to these topics.

13.     Defendant will initially conduct two (2) hours of Training to all of its fluent English-speaking employees. This training session shall be conducted by Judy Zola, Director of Training, Health Care Services Division (based in Simsbury, CT). Defendant will prepare a

4

video recording of this presentation, which will be translated into all other languages in which its remaining employees are fluent. Trainings subsequent to the initial training described above will be delivered by video recording in the appropriate language. Employees may select the language in which they receive the training.

14.    At least fifteen (15) calendar days before the training sessions, Defendant shall provide the EEOC with written notice of each Training session, the location of the training, and copies of any pamphlets, brochures, outlines, or other written materials to be provided to the participants.

15.    The initial Training session shall be completed by September 30, 2008. All employees shall be trained by September 15 and March 15 of each year for the duration of the Consent Decree. Defendant agrees that EEOC shall, at EEOC's discretion, be in attendance at each training session.

16.    Within ten (10) calendar days of completing each Training session, Defendant shall notify the EEOC of the dates the Training was conducted, the name and title of the person(s) who conducted the Training, the languages utilized in the training, and the name and job title of each person who received the training.

## VI. POSTING OF NOTICE

17.    Within ten (10) business days after entry of this Decree, Defendant shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit A to this Decree at its Immokalee facility in a conspicuous location easily accessible to and commonly frequented by persons who perform work for Defendant. The Notice shall remain posted for three (3) years from the date of entry of this Decree. Defendant shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material. Defendant shall certify to the EEOC in writing within fifteen (15) days after entry of the

Decree that the Notice has been properly posted. Defendant shall permit a representative of the EEOC to enter Defendant's premises for purposes of verifying compliance with this paragraph at any time during normal business hours without prior notice.

## VII. MONITORING AND REPORTING

18.    Defendant shall furnish to the EEOC the following written reports twice annually for a period of three (3) years following the entry of this Decree. The first report shall be due six (6) months after entry of the Decree. Each report shall contain:

a.    A description of each complaint of discrimination, including the names, addresses and current telephone numbers of the complaining parties and witnesses.

b.    A description of any and all action Defendant took in response to each complaint, conclusions reached, and actions taken as a result of each complaint, and all related investigative records and/or documents related to the complaint/s and investigation/s.

c.    A certification by Defendant that the Notice required to be posted remained posted during the entire six (6) month period preceding the report.

19.    Defendant shall provide the last known home address, home telephone number, and mobile telephone number, if known, for all persons within its employ during the term of the Decree whom the EEOC requests and identifies for purposes of verifying compliance with this Decree within ten (10) business days of the EEOC's request. In the event that the EEOC is unable to contact an employee for purposes of verifying compliance with this Decree, it shall notify Defendant and Defendant shall, within ten (10) business days, provide the EEOC with the employee's scheduled hours of work over the next fourteen (14) day period so that the EEOC can conduct interviews during employees' breaks, at the end of the day, or at some other time convenient to the employee and the EEOC. Defendant agrees that it will not discourage employees from participating in the interviews.

6

20.    Nothing in this Decree shall be construed to limit any obligation Defendant may otherwise have to maintain records under any law or regulation.

## VIII. DURATION OF THE DECREE AND RETENTION OF JURISDICTION

21.    All provisions of this Decree shall be in effect for a period of three (3) years immediately following entry of the Decree.

22.    The U.S. District Court will retain jurisdiction over the enforcement of the provisions of this Consent Decree.

23.    Each party shall bear its own attorneys' fees and costs.


SO ORDERED, ADJUDGED AND DECREED, this _____ day of June 2008.

AGREED TO:
FOR THE PLAINTIFF, UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

By: _____          Date: 6/19/08
     NORA E. CURTIN
     Regional Attorney

          MARIA KATE BOEHRINGER
          Supervisory Trial Attorney
          United States Equal Employment
          Opportunity Commission
          2 S. Biscayne Blvd., Ste. 2700
          Miami, FL 33131
          Telephone:  (305) 808-1789
          Facsimile:  (305) 808-1834

          BEVERLY BRITTON FRASER
          Trial Attorney
          United States Equal Employment
          Opportunity Commission
          Tampa Field Office
          501 East Polk Street, 10th Fl.
          Tampa, FL 33602
          Telephone:  (813) 202-7919

AGREED TO:
FOR DEFENDANT SODEXHO LAUNDRY SERVICES, INC.

By: _____          Date: 6/16/08
     SODEXHO LAUNDRY SERVICES, INC.

ENTERED:
                                        _____
                                        HONORABLE DOUGLAS N. FRAZIER
                                        UNITED STATES DISTRICT COURT JUDGE

Date: 6/27/08

EXHIBIT A

NOTICE TO ALL EMPLOYEES OF SODEXHO LAUNDRY SERVICE, INC.

POSTED PURSUANT TO CONSENT DECREE

This Notice is being posted pursuant to a Consent Decree entered by the United States District Court in EEOC v. Sodexho Laundry Services Inc. et al., Civil Action No. 2:07-cv-0609-FtM-29SPC. In the lawsuit, EEOC sought relief for Genise Pierre, a Haitian employee who worked as a linen room attendant. After Ms. Pierre became pregnant, she asked for a job assignment that would allow her to continue working despite her medical restrictions.

While Sodexho has always denied these allegations, and does not admit any violation of law by agreeing to the Consent Decree, Sodexho assures its employees that it supports laws prohibiting discrimination based on race, national origin, and pregnancy. Sodexho has adopted a policy that prohibits such discrimination against employees, which violates Title VII of the Civil Rights Law of 1964 ("Title VII"). Sodexho will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws, including, but not limited to, race, national origin, or pregnancy. Appropriate corrective action, up to and including termination shall be taken against any employee (including management personnel) found to have violated the employer's policies prohibiting discrimination.

EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, and age. If you believe you have been discriminated against, you may contact EEOC at (305) 808-1740. EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to: Sodexho Laundry Services Inc. Settlement, c/o Senior Trial Attorney Beverly Britton Fraser, EEOC, Tampa Field Office, 501 East Polk Street, 10th Floor, Tampa, Florida 33602.

Date: _____          _____
                                          SODEXHO LAUNDRY SERVICES, INC.

DO NOT REMOVE BEFORE JUNE ___ 2011.